IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CV-138-BO

ADAM D. MILLS,                          )
                                        )
              Plaintiff,                )
                                        )
                                        )
v.                                      )          O R D E R
                                        )
JIMMY F. RICH, JESSE S.                 )
MCCUBBINS, and TOWN OF                  )
WRIGHTSVILLE BEACH,                     )
                                        )
              Defendants.               )

This matter is before the Court on the parties' cross-motions to seal their respective memoranda and exhibits in support of their motions for partial summary judgment and summary judgment [DE 39, 42], and the parties' cross-motions to file hard copies of certain exhibits in support of their cross-motions for summary judgment [DE 40, 43].

Both parties agree that the memoranda and exhibits in support of the cross-motions for summary judgment should be sealed. As good cause for sealing these documents has been shown, plaintiff's unopposed motion to seal the memorandum and exhibits in support of his motion for partial summary judgment [DE 39] and defendant's motion to seal the memorandum and exhibits in support of their motion for summary judgment [DE 42] are GRANTED. Docket entries 38 and 41 are hereby SEALED.

For good cause shown, plaintiff's motion for leave to file hard copies of Exhibits 1 and 2 to plaintiff's partial motion for summary judgment [DE 40] and defendant's motion for leave to file hard copies of Exhibits 1 and 24 to defendants' memorandum in support of summary

judgment [DE 43] are GRANTED. The Clerk is DIRECTED to file the DVDs containing plaintiff's Exhibits 1 and 2 to DE 38 and the DVDs and CD-R containing defendant's Exhibits 1 and 24 to DE 41 in the record.

SO ORDERED, this __17__ day of December, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE