IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:13-CV-00138-BO

| | |
|---|---|
| ADAM D. MILLS | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| JIMMY F. RICH, in his individual and official capacity, JESSE S. MCCUBBINS, in his individual and official capacity, and THE TOWN OF WRIGHTSVILLE BEACH, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

THIS CAUSE came on before the undersigned on the Plaintiff's Unopposed Motion to Permanently Seal Plaintiff's Response Brief [Doc. 47] and Exhibits [Doc. 48] Opposing Defendants' Motion for Summary Judgment. As good cause for sealing these documents has been shown,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Permanently Seal Plaintiff's Response Brief and Exhibits Opposing Defendants' Motion for Summary Judgment is granted.

This the 21 day of January, 2015.

*Terrence Boyle*
Honorable Terrence W. Boyle
United States District Judge